# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSAN WILKINSON, *et al*.,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al*.,

    Defendants.

Case No. 2:12-cv-00253-LDG (VCF)

**SUMMARY JUDGMENT**

    The Court having granted defendants' Motion for Summary Judgment, therefore

THE COURT **ORDERS** and **ADJUDGES** that plaintiffs Susan Wilkinson and The Wilkinson Family Trust recover nothing, that the action be dismissed on the merits, and that the defendants recover costs from the plaintiffs.

DATED this 26 day of September, 2013.

_____
Lloyd D. George
United States District Judge